**Opinion issued January 15, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00903-CV

————————————

## IN RE BRIDGETTE MASSEY, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Bridgette Massey, has filed a petition for writ of mandamus, contending that respondent, the Honorable Donald L. Kraemer, abused his discretion in denying her motion to transfer venue and granting temporary orders in a suit affecting the parent-child relationship.[1]

---

[1]     The underlying case is *In the Interest of M.D.M.E., a Child*, Cause No. 1814, in the 12th District Court of Grimes County, Texas, the Honorable Donald L. Kraemer presiding.

We deny the petition for writ of mandamus. We deny all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Lloyd.